UNITED STATES DISTRICT COURT          08- cv-5159
SOUTHERN DISTRICT OF NEW YORK         Crotty, Judge
---------------------------------------------------------X
MARIA ESPINOZA

        Plaintiff,    **AFFIRMATION OF SERVICE**

 -against-

NEW YORK CITY, SGT BENEDETTA of the 34th PCT.,
POLICE OFFICER CHRISTIAN PEREZ of the 34th PCT.,
POLICE OFFICE ERIC RODRIGUEZ of the 34th PCT
AND UNIDENTIFIED POLICE OFFICERS  **JURY TRIAL DEMANDED**

        Defendant(s).
---------------------------------------------------------X
STATE OF NEW YORK    )
NEW YORK COUNTY    ) ss.

Undersigned deponent being duly sworn deposes and says that said deponent is not a party to this action, is over the age of eighteen years and resides in the State of New York and that I am an attorney admitted to the practice of law in the State of New York. Deponent served the within process as follows:

**PROCESS SERVED:**  SUMMONS, JURY TRIAL DEMAND AND COMPLAINT
**PARTY SERVED:**  THE CITY OF NEW YORK

**LOCATION OF SERVICE:**  100 Church Street 4th Floor
         New York, New York 10007

**PARTY ACCEPTING SERVICE:** Amanda Gonzalez, Docketing Clerk, NYC Law Department
**DATE OF SERVICE:** June 5, 2008**TIME OF SERVICE:** 10:13 AM
An Approximate description of the person served with process listed herein:
**SEX:** F **SKIN COLOR:** White **HAIR:** BLACK **HEIGHT:** 5'4" **WEIGHT**: 115 **AGE:** 28

 Deponent further states that the within process was served in the following manner:

By delivering to and leaving with the above named person who is the authorized agent of said Government Agency.

Dated: June 5, 2008
    New York, New York

               / s /
               FRED LICHTMACHER (FL-5341)
               Attorney for Plaintiff
               The Empire State Building
               350 5th Avenue Suite 7116
               New York, New York 10118
               (212) 922-9066