UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

MARIA ESPINOZA,

                                      Plaintiff,   **NOTICE OF APPEARANCE**

           -against-

CITY OF NEW YORK et al,                         **08-CV-5159 (PAC)**

                                  Defendants.

                                              **FILED BY ECF**

------------------------------------------------------------------------ x


       **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for the City of New York and requests that all future papers in this action be served upon the undersigned at the address stated below.

Dated:  New York, New York
           August 6, 2008

                                            MICHAEL A. CARDOZO
                                           Corporation Counsel of
                                           the City of New York
                                           100 Church Street
                                           New York, New York 10007
                                           (212) 788-0987
                                           Fax: (212) 788-9776

                                           By:
                                           _____/S/_____
                                           Brian G. Maxey
                                           Assistant Corporation Counsel