UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------------------x
MARIA ESPINOZA,                    Index No. 08 CV 5159
    -vs-                                   (J. Crotty)

NEW YORK CITY, SGT JOHN DE BENEDETTO formerly of the 34th Pct., ET. AL.,
-------------------------------------------------------------------------------------------x

STATE OF     NEW YORK        )
COUNTY OF    NEW YORK        )    ss.

Undersigned deponent, being duly sworn deposes and says that said deponent is not a party to this action, is over the age of eighteen years and resides in the State of New York. Deponent served the within process as follows:

**PROCESS SERVED:** AMENDED SUMMONS, JURY TRIAL DEMAND and AMENDED COMPLAINT

**PARTY SERVED:** SGT JOHN DE BENEDETTO

**LOCATION OF SERVICE:** 151 West 100th Street, NYPD 24th Pct. New York, NY 10033

**PARTY ACCEPTING SERVICE:** Sgt. John De Benedetto
**DATE OF SERVICE:** 8/5/08    **TIME OF SERVICE:** 4:39 p.m.

An approximate description of the person served with process listed herein:

**SEX:** M  **SKIN COLOR:** White     **HAIR:** Brown   **AGE:** 44   **HEIGHT:** 5'10"
**WEIGHT:** 190       **OTHER FEATURES:** Thinning hair, grey eyes.

Deponent further states that the within process was served in the following manner:

By delivering a true copy of each to said defendant personally, at the address given above. Deponent knew the person served to be the person described as said person therein.

At the time of service, deponent asked the defendant if he was in the military service of this state or nation or any other nation, and he responded in the negative.

_____
ERIC AVERBACH
NYC Lic. #918927

SWORN TO BEFORE ME ON  8/11/08

Qualified in Queen[s]

